UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>               Plaintiff,<br><br>    v.<br><br>JAVIER VILLAGOMEZ ELIZONDO, et al.,<br><br>               Defendants. | Case No. 1:24-cv-00901-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 9). |

      On October 21, 2024, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 9). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

      Accordingly, the Clerk of Court is directed to terminate all pending dates and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **October 22, 2024**                      /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE

1